Clifford P. Bendau II (030204)
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

Karen L. Karr (014501)
CLARK HILL PLC
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile:   (480) 684-1168
Email: kkarr@clarkhill.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Suzanne Richardson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mountain Range Restaurants, LLC,<br><br>　　　　　　Defendant. | No. 2:14-CV-01370-SMM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Suzanne Richardson, and Defendant, Mountain Range Restaurants, LLC, jointly, by and through undersigned counsel, hereby stipulate that the above-captioned action is dismissed, with prejudice

　　　　DATED this 27th Day of August 2015.

　　　　　　　　　　　　　　　　　　　　THE BENDAU LAW FIRM PLLC


　　　　　　　　　　　　　　　　　　　　/s/    *Clifford P. Bendau II*
　　　　　　　　　　　　　　　　　　　　Clifford P. Bendau II
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

CLARK HILL PLC

/s/    *Karen L. Karr*
Karen L. Karr
Attorney for Defendant

### Certificate of Service

I certify that on this 27th day of August 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Karen L. Karr
CLARK HILL PLC
14850 N. Scottsdale Rd., Ste. 500
Scottsdale, Arizona 85254
Attorneys for Defendant


/s/*Clifford P. Bendau II*

2