IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Suzanne Richardson, | No. CV-14-1370-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Mountain Range Restaurants LLC, | |
| Defendant. | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 28.)

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' joint stipulation (Doc. 28), and **DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees. The Clerk of Court shall terminate this case.

DATED this 28th day of August, 2015.

Stephen M. McNamee
Senior United States District Judge